1  **MICHAEL B. BIGELOW**
   Attorney at Law  - SBN 65211
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 443-0217

4  Attorney for Defendant
   Jose Acevedo

5



FILED
APR 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA   )   No. Cr.S-06-199 EJG
                              )
9           Plaintiff         )   STIPULATTION AND ORDER
                              )   (PROPOSED) FOR CONTINUING
10     v.                     )   SENTENCING AND BRIEFING SCHEDULE
                              )
11 JOSE ACEVEDO               )   Date:   June 29, 2007
                              )   Time:   10:00 AM
12          Defendant         )   Court:
                              )
13 _____)

14
       IT IS HEREBY STIPULATED AND AGREED by the parties through
15
   their respective attorneys that the above referenced matter,
16
   calendared for June 8, 2007, 2007, at 10:00, for sentencing be
17
   rescheduled for June 29, 2007 at 10:00 AM for sentencing.
18
       This stipulation and agreement is entered into for the
19
   following reasons: Undersigned counsel has been unavailable to
20
   schedule a meeting with the probation officer and his client and
21
   will not be available until at least May 7, 2007. Accordingly,
22
   it is necessary to reschedule the disclosure dates and the dates
23
   for filing of Objections.
24

25

Accordingly, judgment and sentencing will be on June 29, 2007; Motions for corrections will be on June 22, 2007; the PSR will be filed on June 15, 2007 and the PSR shall be disclosed no later than June 8, 2007.

Assistant United States Attorney Richard Bender was contacted and has stated no objection.

**IT IS SO STIPULATED**

Dated: April 18, 2007          /S/ MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant


Dated: April 18, 2007          /S/RICHARD BENDER
                               Richard Bender, AUSA

**IT IS SO ORDERED**

April  19   , 2007

                               _____
                               Hon. Edward J. Garcia,
                               United States District Court Judge