```
 1  MICHAEL B. BIGELOW
    Attorney at Law  - SBN 65211
 2  428 J Street, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 443-0217

 4  Attorney for Defendant
    Jose Acevedo
 5
```




```
 6                    UNITED STATES DISTRICT COURT

 7                    EASTERN DISTRICT OF CALIFORNIA

 8
    UNITED STATES OF AMERICA    )    No. Cr.S-06-199 EJG
 9                              )
              Plaintiff         )    STIPULATTION AND ORDER
10                              )    (PROPOSED) FOR CONTINUING
         v.                     )    SENTENCING AND BRIEFING SCHEDULE
11                              )
    JOSE ACEVEDO                )    Date:    June 29, 2007
                                )    Time:    10:00 AM
12            Defendant         )    Court:
                                )
13  _____)
```

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for June 8, 2007, 2007, at 10:00, for sentencing be rescheduled for June 29, 2007 at 10:00 AM for sentencing.

This stipulation and agreement is entered into for the following reasons: Undersigned counsel has been unavailable to schedule a meeting with the probation officer and his client and will not be available until at least May 7, 2007. Accordingly, it is necessary to reschedule the disclosure dates and the dates for filing of Objections.

Accordingly, judgment and sentencing will be on June 29, 2007; Motions for corrections will be on June 22, 2007; the PSR will be filed on June 15, 2007 and the PSR shall be disclosed no later than June 8, 2007.

Assistant United States Attorney Richard Bender was contacted and has stated no objection.

**IT IS SO STIPULATED**

Dated: April 18, 2007 /S/ MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

Dated: April 18, 2007 /S/RICHARD BENDER
Richard Bender, AUSA

**IT IS SO ORDERED**

April 19, 2007

Hon. Edward J. Garcia,
United States District Court Judge