**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Jose Acevedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-06-199 EJG |
| Plaintiff | ) | STIPULATTION AND ORDER CONTINUING SENTENCING |
| v. | ) | Date: July 27, 2007 |
| JOSE ACEVEDO | ) | Time: 9:00 AM |
| Defendant | ) | Court: EJG |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday, June 29, 2007, for sentencing be rescheduled for July 27, 2007 at 9:00 AM for sentencing.

This stipulation and agreement is entered into for the following reasons: Due to scheduling conflicts between probation and undersigned counsel, Mr. Acevedo was just recently interviewed and the PSR has not yet been completed. The date of July 27th was selected because one of the co-defendants is scheduled to be sentenced on that date.

-1-

Assistant United States Attorney Richard Bender agrees with the above request.

**IT IS SO STIPULATED**

Dated: June 27, 2007 /S/ MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

Dated: June 27, 2007 /S/RICHARD BENDER
Richard Bender, AUSA

**IT IS SO ORDERED**

June 27, 2007

/s/ Edward J. Garcia
Hon. Edward J. Garcia
United States District Court Judge