UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM




JUL 6 2007

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNIA

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Jose Sandoval ACEVEDO
Docket Number: 2:06CR00199-02
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Sir:

It is respectfully requested the above-referenced case be continued from July 27, 2007, to August 24, 2007, at 10 a.m. (See attached Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to scheduling conflicts, the defendant was recently interview and additional time is needed to complete the presentence report. Attorney for defendant, Michael Bigelow agrees with this request. I was not able to contact AUSA Richard Bender as he was out of the office and I will be out of the office this next week.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

SCOTT W. STOREY
United States Probation Officer

REVIEWED BY: KAREN A. MEUSLING
KAREN A. MEUSLING
Supervising United States Probation Officer

RE: Jose Sandoval ACEVEDO
Docket Number: 2:06CR00199-02
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Dated: June 30, 2007
Sacramento, California

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____  7/5/07
**EDWARD J. GARCIA**
**Senior United States District Judge**   Date

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number: 2:06CR00119-02 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Jose Sandoval ACEVEDO | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | August 24, 2007 @ 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 17, 2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 10, 2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 3, 2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | July 20, 2007 |