McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR.S-06-0199 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR VOLUNTARY SURRENDER |
| JOSE SANDOVAL ACEVEDO, | OF SENTENCED DEFENDANT |
| Defendant | |

**NO HEARING REQUESTED**

The United States hereby moves to extend the time for the above defendant to voluntarily surrender to commence serving his sentence from Friday, September 21, 2007, to Thursday, October 4, 2007. The reason for the request is that the institution designation has not yet been made by the Bureau of Prisons (at least as of the date of this motion) and the defendant has to complete one of the terms of his plea agreement, which should take place earlier during the week of October 1st. It is contemplated that the institution designation should take place by the new date. Defense counsel Michael Bigelow, Esq., has joined in this request.

Dated: September 20, 2007

McGREGOR W. SCOTT
U.S. Attorney

by  /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

**ORDER CONTINUING VOLUNTARY SURRENDER DATE**

Upon consideration of the above motion, good cause having been show, it is hereby

ORDERED that the voluntary surrender date of defendant Jose Acevedo is continued to 1:00 p.m. on Thursday, October 4, 2007. The defendant shall surrender himself at that date and time at the institution designated by the U.S. Bureau of Prison, or, if no such institution has been designated, to the U.S. Marshal's Office for the Eastern District of California in the Fifth Floor of the U.S. Courthouse at 501 I Street in Sacramento. A copy of this Order shall be served by the Clerk of the Court on ths U.S. Marshal's Office and the U.S. Attorney's Office shall notify the Designation Center of the U.S. Bureau of Prison of the change.

Dated: September 20, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior, U.S. District Judge